# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CARMEN ENTERPRISES, INC., F/D/B/A CRUISE HOLIDAYS OF NORRISTOWN & BYEBYENOW.COM TRAVEL STORE,

        Petitioner

        v.

MURPENTER, LLC, D/B/A UNIGLOBE WINGS TRAVEL,

        Respondent

: No. 829 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

CARMEN ENTERPRISES, INC., F/D/B/A CRUISE HOLIDAYS OF NORRISTOWN & BYEBYENOW.COM TRAVEL STORE,

        Respondent

        v.

MURPENTER, LLC, D/B/A UNIGLOBE WINGS TRAVEL,

        Petitioner

: No. 866 MAL 2015
:
:
:
: Cross Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2016, the Petitions for Allowance of Appeal are **DENIED**.